UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES F. PRUCHNIEWSKI, D.P.M.,

    Plaintiff,

v.                                  CASE NO: 8:04-cv-2200-T-23TBM

MICHAEL O. LEAVITT,
Secretary of the United States Department
of Health and Human Services,

    Defendant.
_____/

**ORDER**

    United States Magistrate Judge Thomas B. McCoun, III, submits a report and recommendation (Doc. 23) on the plaintiff's petition for review of a final decision of the Secretary of the United States Department of Health and Human Services (the "Secretary"). Judge McCoun recommends affirming the Secretary's final decision. Neither party files an objection to the report and recommendation, and the time to file objections has expired. Accordingly, the Magistrate Judge's recommendation (Doc. 23) is **ADOPTED** and the Secretary's final decision is **AFFIRMED**. The Clerk is directed to enter judgment in favor of the Secretary and against the plaintiff.

    ORDERED in Tampa, Florida, on August 9, 2006.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    US Magistrate Judge
        Courtroom Deputy